# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 209 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WALTER FRANK MEYERLE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 210 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WALTER FRANK MEYERLE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 211 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WALTER FRANK MEYERLE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 212 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

WALTER FRANK MEYERLE,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :   No. 213 MAL 2023

      Respondent

                 :   Petition for Allowance of Appeal
                 :   from the Order of the Superior Court

      v.

WALTER FRANK MEYERLE,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :   No. 214 MAL 2023

      Respondent

                 :   Petition for Allowance of Appeal
                 :   from the Order of the Superior Court

      v.

WALTER FRANK MEYERLE,

      Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.

[209 MAL 2023, 210 MAL 2023, 211 MAL 2023, 212 MAL 2023, 213 MAL 2023 and 214 MAL 2023] - 2